AO 243 (Rev. 2/95)

**PETITION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

CV04-4973 RHK

| UNITED STATES DISTRICT COURT | District: District of Minnesota | |
|---|---|---|
| Name of Movant: Bobby M. Collins | Prisoner No.: 10073-041 | Case No.: 01-CR-255 RHK/ESS |
| Place of Confinement: Oxford, Wisconsin federal Correctional Institution PO Box 1000, 53952 | | |

UNITED STATES OF AMERICA v. BOBBY MARVIN COLLINS, a/k/a Terry Lamar Roberts
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack United States District Court for the District of Minnesota, St. Paul Division

2. Date of judgment of conviction March 8, 2002

3. Length of sentence two-hundred thirty five months 235

4. Nature of offense involved (all counts) 1 count of Title 18 U.S.C. § 922(g) possession of ammunition by convicted felon in or affecting commerce

5. What was your plea? (Check one)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count or indictment, and not a guilty plea to another count or indictment, give details:

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☑
   (b) Judge only ☐

7. Did you testify at the trial?
   Yes ☐ No ☑

8. Did you appeal from the judgment of conviction?
   Yes ☑ No ☐

FILED DEC 08 2004
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

SCANNED DEC 09 2004 U.S. DISTRICT COURT ST. PAUL

AO 243 (Rev. 2/95)

9.* If you did appeal, answer the following:

(a) Name of court Eighth Circuit Court of Appeals

(b) Result Affirmed Conviction and Sentence

(c) Date of result March 3, 2003

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes ☑ No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court U.S. Supreme Court

(2) Nature of proceeding Writ of Certiorari

(3) Grounds raised The Eighth Circuit and Courts on the same SIDE OF THE SPLIT HAVE MISINTERPRETED SECTION 921(a)(20)'S UNAMBIGUOUS DIRECTIVE ABOUT THE EFFECT OF AN UNCONDITIONAL RESTORATION CERTIFICATE; ALTHOUGH EXAMINING LEGISLATIVE HISTORY IS UNNECESSARY TO DISPOSE OF PETITIONER'S CASE, SUCH AN ANALYSIS REVEALS A CONGRESSIONAL PURPOSE CONSISTENT WITH THE PLAIN LANGUAGE OF SECTION 921(a)(20).

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐ No ☑

(5) Result Denied Writ of Certiorari

(6) Date of result December 18, 2003

(b) As to any second petition, application or motion give the same information:

(1) Name of court N/A

(2) Nature of proceeding N/A

(3) Grounds raised N/A

AO 243 (Rev. 2/95)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result N/A

(6) Date of result N/A

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc. Yes ☐ No ☐
(2) Second petition, etc. Yes ☐ No ☐
N/A

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

N/A

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting the same.

Caution: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

AO 243 (Rev. 2/95)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(i) Denial of effective assistance of counsel.
(h) Denial of right of appeal.

A. Ground one: Denial of effective assistance of counsel

Supporting FACTS (state *briefly* without citing cases or law)
See contemporaneously filed Memorandum of Law

B. Ground two: N/A

Supporting FACTS (state *briefly* without citing cases or law)

C. Ground three: N/A

Supporting FACTS (state *briefly* without citing cases or law)

AO 243 (Rev. 2/95)

D. Ground four: N/A

Supporting FACTS (state *briefly* without citing cases or law)

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: Ineffective Assistance of Counsel Claims are best made on habeas corpus motions

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of judgment attacked herein:

(a) At preliminary hearing ANDREA GEORGE - 300 S. 4th Street Mpls, MN. 55415

(b) At arraignment and plea SAME AS ABOVE

(c) At trial ABOVE SAME

(d) At sentencing SAM AS ABOVE

AO 243 (Rev. 2/95)

(e) On appeal Richard S. Virnig - 10 5th St S. Ste 700 Mpls, MN 55402

(f) In any post-conviction proceeding N/A

(g) On appeal from any adverse ruling in a post-conviction proceeding N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future: N/A

(b) Give date and length of the above sentence: N/A

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☑ N/A

Wherefore, movant prays that the Court grant petitioner relief to which he or she may be entitled in this proceeding.

Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

12.5.04
(Date)

Bobby M Collins
Signature of Movant