UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

vs

ORDER
Cr.01-255
CV 04-4973 RHK

Bobby Marvin Collins

Defendant.

-------------------------

The defendant in the above action has filed a motion with this Court seeking relief under 28 USC 2255.

IT IS ORDERED, that the United States Attorney shall file a responsive memorandum on or before March 31, 2005.

Dated: March 7, 2005.

s/ Richard H. Kyle
Richard H. Kyle, Judge
U.S. District Court