# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 01cr255

BOBBY MARVIN COLLINS,

Defendant(s).

I hereby certify that on March 22, 2005, I served, or caused to be served, the following documents:

Government's Response to Petitioner's Motion to Vacate, Set Aside or Correct Sentence

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

**Richard S Virnig**
virniglaw@aol.com

THOMAS B. HEFFELFINGER
United States Attorney

s/ Kim Anderson

BY: KIM ANDERSON
Legal Assistant