# CORRECTED CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 01CR255

BOBBY MARVIN COLLINS ,

Defendant(s).

I hereby certify that on March 22, 2005, I served, or caused to be served, the following documents:

Government's Response to Petitioner's Motion to Vacate, Set Aside or Correct Sentence

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

Bobby M. Collins
#10073-041
Federal Correctional Institution
P.O. Box 1000
Oxford, WI 53952-1000

THOMAS B. HEFFELFINGER
United States Attorney

s/ Joseph Dixon

BY: JOSEPH DIXON
Asst. United States Attorney