RECEIVED
BY MAIL
APR 27 2005
CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

BOBBY MARVIN COLLINS,
a/k/a Terry Lamar Roberts,
Petitioner,

v.

UNITED STATES OF AMERICA,
Respondant.

Civil No. 04-4973 RHK
CR 01-255 RHK/ESS

**MOTION FOR LEAVE OF COURT TO REQUEST A COPY OF THE GOVERNMENT'S RESPONSE TO COLLINS §2255 MOTION AND TO REQUEST A DATE AND AN EXTENTION OF TIME TO FILE A TRAVERSE**

Comes now, petitioner Bobby Marvin Collins (Pro-Se) herein after Collins,and respectfully submits this motion for leave of court to request A copy of the Governments response to Collins §2255motion and to request A date and extension of time to file Atraverse in support of this motion Collins states the following:

At this time Collins have not received A response to his §28 u.s.c 2255 motion. The Honorable court ordered the A.U.S.A to respond in writing by March 31, 2005. However,To this date, Collins has only A current docket sheet received Apr.20 2005 stating that the Governments response was entered into records as #69 and #70. on 3/22/05

Collins request is to have A copy of the response (#69 and #70 on the docket) Foward to him at the courts earliest convience. This will enable Collins to respond accordingly under 2255 ¶5(d) Collins also requests an extension of time in filing his traverse There are no record of staff at this institution,receiving any mail from the A.U.S.A office or A date fixed by the court for

SCANNED
APR 27 2005
U.S. DISTRICT COURT ST. PAUL

me to reply. Thankyou in advance for your assistance.

Dated: April 20, 2005

Respectfully submitted,

Bobby M. Collins

Bobby M. Collins (pro-se)
#10073-041
Federal Correctional Inst.
P.O. Box 1000
Oxford, WI 53952