RECEIVED
BY MAIL
APR 27 2005
CLERK, US DIST. COURT
ST. PAUL, MN

**AFFIDAVIT IN SUPPORT OF BOBBY COLLINS MOTION FOR LEAVE OF COURT TO REQUEST GOVERNMENTS RESPONSE AND AN EXTENSION OF TIME FILE A TRAVERSE.**

I, Bobby Marvin Collins, have, at no time, received A response from the United states Attorneys office of the DISTRICT OF MINNESOTA concerning my previously filed §2255. Upon my investigation with the Administration here at Oxford F.C.I., I was told that No mailing was received by the institution from the U.S. Attorneys office at any time from March 1, 2005 until the present.

I declare under penalty of perjury under the laws of the UNITED STATES OF AMERICA that the foregoing is true and correct.

Executed on this 20th day of April. 2005

Bobby M. Collins

Bobby M. Collins
#10073-041
F.C.I. Oxford
P.O. Box 1000
OXFORD,WI 53952-1000

SCANNED
APR 27 2005
U.S. DISTRICT COURT ST. PAUL