RECEIVED
BY MAIL
APR 27 2005
CLERK, US DIST. COURT
ST. PAUL, MN

# CERTIFICATE OF SERVICE

This, pursuant to title 28 U.S.C. §1746, certifies that the foregoing conclusion of law and this certificate of service is true and correct to the best of Collins knowledge and that one original and one copy was affixed with first class postage and deposited into the legal mail box of Oxford F.C.I. on the date below, as well as A seperate copy for the U.S.attorney affixed with first class postage and also deposited with first class postage. The addresses are as follow:

CLERK OF COURT
U.S.DISTRICT COURT OF MINNESOTA
708 Federal Building
316 N. Robert ST
ST.Paul, MN 55101-1460

U.S. ATTORNEY
600 U.S.courthouse
300 S. 4th Street
Minneapolis,MN
55415

Executed on this 20th day of April,2005

Respectfully submitted

Bobby M. Collins

Bobby M. collins
#10073-041
F.C.I. Oxford
P.O.Box 1000
Oxford,WI 53952-1000

This is certified pursuant to the law of the UNITED STATES OF AMERICA under the penalties of perjury.

SCANNED
APR 27 2005
U.S. DISTRICT COURT ST. PAUL