**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| United States of America, | Criminal No. 01-255 (RHK/ESS) |
| Plaintiff, | Civil No. 04-4973 (RHK) |
| v. | |
| Bobby Marvin Collins, | **ORDER** |
| Defendant. | |

---

Petitioner may file a Traverse to the Government's Response on or before June 15, 2005.

Dated: May 9, 2005

s/Richard H. Kyle<br>
RICHARD H. KYLE<br>
United States District Judge