**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Bobby Marvin Collins,

Defendant.

Criminal No. 01-255 (RHK/ESS)
Civil No. 04-4973 (RHK)

**ORDER**

---

Petitioner may file a Traverse to the Government's Response on or before June 15, 2005.

Dated: May 9, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge