**STATE OF MINNESOTA**
**DEPARTMENT OF CORRECTIONS**

# CERTIFICATE OF DISCHARGE AND RESTORATION TO CIVIL RIGHTS

*This is to certify that* Bobby Dawkins *who was on the* 17th *day of* October, *19* 88, *sentenced to the Commissioner of Corrections by the District Court of* Hennepin *County, has completed such sentence and is hereby discharged this* 18th *day of* June, *19* 89*; and that pursuant to Minnesota Statutes, Section 609.165 the said* Bobby Dawkins *is hereby restored to all civil rights and to full citizenship, with full right to vote and hold public office, the same as if such conviction had not taken place.*

**Sentence SNO/1.**

CR-00523-01 11/87
Corr. 256

John Needham
for W. F. McRae, Superintendent

SCANNED
AUG 15 2005
U.S. DISTRICT COURT ST. PAUL

A-20