**CERTIFICATE OF SERVICE**

This, pursuant to Title 28 U.S.C. §1746, certifies that all foregoing conclusions of law and this certificate of service is true and correct to the best of Collins' knowledge and that one original and one copy was affixed with first class postage and deposited into the legal mail box of Oxford F.C.I. on the date below, as well as a separate copy for the U.S. Attorney affixed with first class postage and also deposited with first class postage. The addresses are as follows:

Clerk of the Court
U.S. District Court of Minnesota
708 Federal Building
316 N. Robert Street
St. Paul, MN. 55101-1460

U.S. Attorney
600 U.S. Courthouse
300 4th Street South
Minneapolis, MN 55415

Executed on this 5th day of August, 2005.

Respectfully Submitted,

Bobby M. Collins

Bobby Collins #10073-041
Federal Correctional Institution
P.O. Box 1000
Oxford, WI. 53952-1000

This is certified pursuant to the laws of the United States of America under the penalties of perjury.

SCANNED
AUG 15 2005
U.S. DISTRICT COURT ST. PAUL