# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 01-255 (RHK/ESS) |
| Plaintiff, | Civil No. 04-4973 (RHK) |
| v. | |
| Bobby Marvin Collins, | **ORDER** |
| Defendant. | |

Petitioner's Motion to Amend or Alter Courts' § 2255 Judgment Pursuant to Rule 59(c) of the Federal Rules of Civil Procedure (Doc. No. 75) is **DENIED**.

Dated: August 18, 2005

                s/Richard H. Kyle
                RICHARD H. KYLE
                United States District Judge