**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

United States of America,

Plaintiff,

v.

Bobby Marvin Collins,

Defendant.

Criminal No. 01-255 (RHK/ESS)
Civil No. 04-4973 (RHK)

**ORDER**

---

Petitioner's Motion to Amend or Alter Courts' § 2255 Judgment Pursuant to Rule 59(c) of the Federal Rules of Civil Procedure (Doc. No. 75) is **DENIED**.

Dated: August 18, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge