UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA
Appellee-Plaintiff

VS.

CRIMINAL NO. 01-255(RHK/ESS)
CIVIL NO. 04-4973(RHK)

BOBBY MARVIN COLLINS
Appellant-Defendant

MOTION TO REQUEST A CERTIFICATE
OF APPEALABILITY

**NOW COMES** appellant-defendant,Bobby Marvin Collins, (PRO-SE) and submit this moyion to request Acertificate of appealability.

Collins request A certificate of appealability,as he believes that the issue presented to the U.S. Distrcit Court are Violation of his substantive rights and that they are issues that are debatable among jurist of reason.

Specifically,the last issue of Collins claim relates to the substantive Rulings/Holdings of Booker/Fanfan and Sheperd. The Eighth circuit has SHOT DOWN Booker under the guise of being a "NEW RULE" of law see (NEVER MISSES A SHOT V. U.S. 2005 WL 1569403 (8th cir. 2005) However,As was the case in Bailey, Bousley explained to the courts that decisions that interpret the meaning of statutes are always retroactive. Interpreting 18 usc 3553 and 18 usc 924(e) is exactly what Booker/Fanfan and Shepard decisions did respectfully.

This substantive reasoning is no mere reasoning,as the U.S Supreme court jurist Breyer spoke specifically as Booker being a "substantive holding" in regards to justice Stevens decision. Justice Stevens has also held Shepard as being a decision,which interpret the meaning of a statute,specifically 18 u.s.c. §924(e).

Therefore Collins believes that in the interest of justice a certificate of appealability should be issued by thiscourt.

SCANNED
SEP 14 2005
U.S. DISTRICT COURT ST. PAUL

Executed on this 9th day of September,2005

Respectfully submitted,

Bobby M. Collins

Bobby Marvin Collins #10073-041
Federal Correctional institutior
P.O. BOX 1000
Oxford,Wisconsin 53952-1000