UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

RECEIVED
BY MAIL
SEP 14 2005
CLERK, US DIST. COURT
ST. PAUL, MN

UNITED STATES OF AMERICA
Appellee-Plaintiff

VS.

CRIMINAL NO. 01-255(RHK/ESS)
CIVIL NO. 04-4973(RHK)

BOBBY MARVIN COLLINS
Appellant-Defendant

**MOTION FOR A**
**NOTICE OF APPEAL**

**NOW COMES** appellant-defendant Bobby Marvin Collins, **(PRO-SE)** and submit this motion for a notice of appeal this Honorable court in cause No. 04-4973(RHK).

This motion also requests all relevant documents pertaining to this cause and its issue pursuant f.r.a.p. 10 including the subsequently filed F.R.CIV.P 59(E) motion.

Executed on this 9th day of September, 2005

**RESPECTFULLY,**

Bobby M. Collins

**BOBBY MARVIN COLLINS #10073-041**
Federal.Correctional.Institution
**P.O.BOX 1000**
**Oxford,Wisconsin 53952-1000**

SCANNED
SEP 14 2005
U.S. DISTRICT COURT ST. PAUL