UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA
Appelle-Plaintiff

VS.

CRIMINAL NO. 01-255(RHK/ESS)
CIVIL NO. 04-4973(RHK)

BOBBY MARVIN COLLINS
Appellant-Defendant.

# DOCKETING STATEMENT

1. Defendant Bobby Collins who incarcerated with the Federal Federal Bureau of Prison, Specifically Oxford F.C.I. Wisconsin, timely filed A motion pursuant to title 28 u.s.c §2255.

2. The U.S. District Court of Minnesota had jurisdiction over thismotion pursuant to 28 u.s.c. §2255.

3. United States District judge Richard H. Kyle presided over motion and denied same on July 27, 2005.

4. After denial, Defendant timely filed A motion for Amendment or Alteration of order pursuant to F.R.CIV.P 59(e).

5. The United States Appeal court has jurisdiction over the apppeal of this cause pursuant to 28 usc §1292.

6. Defendant Bobby Collins is still currently incarcerated at Federal Correctional Institution Oxford, Wisconsin.

7. The Warden at Oxford is Stephen R. Hobert.

SCANNED
SEP 14 2005
U.S. DISTRICT COURT ST. PAUL

Executed on this 9th day of September, 2005

Sincerely.

Bobby M. Collins

Bobby Marvin Collins
# 10073-041
Federal Corretional Institutic
P.O.Box 1000
Oxford,Wisconsin 53952-1000