CERTIFICATE OF SERVICE

I, Bobby Marvin Collins, certify that on September 9th 2005, I served A copy of the following,Notice of Appeal,Certificate of Appealability,And Docketing Statement. by mailing (1) copy with proper postage and deposating the same in the institution legal mail box at Oxford, Wisconsin Federal Correctional Institution, properly addressed to:

Mr. Joseph T Dixon,III
U.S. ATTORNEY
600 u.s. courthouse
300 s. 4th street
Minneapolis,MN 55415

Bobby M. Collins

Bobby M Collins, Appellant-Defendant,
(PRO-SE)

SCANNED
SEP 14 2005
U.S. DISTRICT COURT ST. PAUL