05-3763

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA
Appelle-Plaintiff

criminal no. 01-255(RHK/ESS)
CIVIL NO. 04-4973(RHK)

VS.

BOBBY MARVIN COLLINS
Appellant-Defendant

**MOTION TO PROCEED IN FORMA PAUPERIS**

**NOW COMES**, Appellant-defendant Bobby Marvin Collins.In-propria persona, and respectfully moves the court for permission to proceed **IN FORMA PAUPERIS** In connection with Collins previously filled notice of appeal and certificate of appealability. Collins is and has been Incarcerated since his conviction.Enclosed,attached and incorporated herein is an Oxford correctional Institution staff members certified copy of the last Six month of Collins inmate trust fund.

Executed on this 7th day of November,2005.

Respectfully submitted,

Bobby M. Collins

BObby Marvin Collins
#10073-041
Federal Correctional Institution
P.O. BOX 1000
Oxford,Wisconsin 53952-1000

RECEIVED
NOV 16 2005
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

RECEIVED
NOV 14 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT-ST. PAUL, MN

SCANNED
NOV 17 2005
U.S. DISTRICT COURT ST. PAUL