AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

REDACTED

District of MINNESOTA

UNITED STATES OF AMERICA
Plaintiff

V.

BOBBY MARVIN COLLINS
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 04-4973(RHK)
CR 01-255 RHK/ESS

I, BOBBY MARVIN COLLINS declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No," go to Part 2)

   If "Yes," state the place of your incarceration ~~F.C.I Oxford~~

   Are you employed at the institution? yes Do you receive any payment from the institution? yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☒ Yes ☐ No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

RECEIVED
NOV 14 2005
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
NOV 17 2005
U.S. DISTRICT COURT ST. PAUL

AO 240 Reverse (Rev. 10/03)

From time to time my family will get together and send me A few dollers for hygiene products,under clothing,and Apair of shoes But yet thats not to often.....
THey can only do so much....

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes," state the total amount. ____________________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes xxNo

If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. Money is sent in to me monthly to communicate with my children to give them Mental,Emotional,Parental support, And Proper Guidance. There names are, [redacted] 13, [redacted] 12 [redacted] and [redacted] are twins and there age is 4.

I declare under penalty of perjury that the above information is true and correct.

Nov,7th 2005 — Date

Bobby M. Collins — Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## All Transactions

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 10073041 | **Current Institution:** | Oxford FCI |
| **Inmate Name:** | COLLINS, BOBBY | **Housing Unit:** | WISC WEST |
| **Report Date:** | 10/24/2005 | **Living Quarters:** | M04-006L |
| **Report Time:** | 10:02:03 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 8/10/2005 6:18:46 AM | OXF8204 | Payroll - IPP | $24.80 | JV0113 | | $70.12 |
| 8/4/2005 5:37:24 PM | AMService | ITS Withdrawal | ($2.00) | ITS0804 | | $45.32 |
| 8/2/2005 8:39:54 PM | AMService | ITS Withdrawal | ($2.00) | ITS0802 | | $47.32 |
| 8/2/2005 6:49:14 PM | AMService | ITS Withdrawal | ($1.00) | ITS0802 | | $49.32 |
| 8/1/2005 6:35:10 PM | AMSERVICE | Western Union | $50.00 | 33321505 | | $50.32 |
| 7/25/2005 7:27:45 PM | AMService | ITS Withdrawal | ($1.00) | ITS0725 | | $0.32 |
| 7/23/2005 10:02:28 PM | AMService | ITS Withdrawal | ($1.00) | ITS0723 | | $1.32 |
| 7/23/2005 3:24:01 PM | AMService | ITS Withdrawal | ($1.00) | ITS0723 | | $2.32 |
| 7/20/2005 8:22:09 PM | AMService | ITS Withdrawal | ($2.00) | ITS0720 | | $3.32 |
| 7/20/2005 8:10:18 PM | AMService | ITS Withdrawal | ($2.00) | ITS0720 | | $5.32 |
| 7/20/2005 5:43:51 PM | OXF3005 | Sales | ($37.75) | 106 | | $7.32 |
| 7/17/2005 8:18:27 PM | AMService | ITS Withdrawal | ($5.00) | ITS0717 | | $45.07 |
| 7/16/2005 12:52:44 PM | AMService | ITS Withdrawal | ($5.00) | ITS0716 | | $50.07 |
| 7/15/2005 5:36:44 PM | AMService | ITS Withdrawal | ($5.00) | ITS0715 | | $55.07 |
| 7/14/2005 5:26:47 PM | AMSERVICE | Western Union | $60.00 | 33320305 | | $60.07 |
| 7/13/2005 5:12:41 PM | AMService | ITS Withdrawal | ($1.00) | ITS0713 | | $0.07 |
| 7/12/2005 5:39:57 PM | AMService | ITS Withdrawal | ($1.00) | ITS0712 | | $1.07 |
| 7/11/2005 6:18:08 PM | OXF3004 | Sales | ($20.29) | 97 | | $2.07 |
| 7/11/2005 4:31:21 PM | AMService | ITS Withdrawal | ($2.00) | ITS0711 | | $22.36 |
| 7/9/2005 3:53:58 PM | AMService | ITS Withdrawal | ($2.00) | ITS0709 | | $24.36 |
| 7/8/2005 7:34:07 PM | AMService | ITS Withdrawal | ($2.00) | ITS0708 | | $26.36 |
| 7/8/2005 7:13:17 AM | OXF8574 | Payroll - IPP | $25.48 | JV0101 | | $28.36 |
| 7/7/2005 8:19:55 PM | AMService | ITS Withdrawal | ($2.00) | ITS0707 | | $2.88 |
| 7/6/2005 5:07:16 PM | OXF3005 | Sales | ($101.91) | 104 | | $4.88 |
| 7/5/2005 11:47:06 AM | OXF3005 | Sales | ($8.35) | 70 | | $106.79 |
| 7/4/2005 6:07:03 PM | AMService | ITS Withdrawal | ($5.00) | ITS0704 | | $115.14 |
| 7/3/2005 6:49:21 PM | AMService | ITS Withdrawal | ($5.00) | ITS0703 | | $120.14 |
| 7/3/2005 5:32:35 PM | AMService | ITS Withdrawal | ($2.00) | ITS0703 | | $125.14 |
| 7/1/2005 8:55:40 PM | AMSERVICE | Western Union | $90.05 | 33319405 | | $127.14 |
| 6/30/2005 7:32:04 PM | AMService | ITS Withdrawal | ($1.00) | ITS0630 | | $37.09 |
| 6/29/2005 6:06:13 PM | AMService | ITS Withdrawal | ($2.00) | ITS0629 | | $38.09 |
| 6/24/2005 10:05:58 PM | AMService | ITS Withdrawal | ($5.00) | ITS0624 | | $40.09 |
| 6/23/2005 8:13:25 PM | AMService | ITS Withdrawal | ($5.00) | ITS0623 | | $45.09 |
| 6/22/2005 5:27:37 PM | AMSERVICE | Western Union | $50.00 | 33318705 | | $50.09 |
| 6/15/2005 6:13:17 PM | AMService | ITS Withdrawal | ($1.00) | ITS0615 | | $0.09 |
| 6/13/2005 6:35:22 PM | AMService | ITS Withdrawal | ($1.00) | ITS0613 | | $1.09 |
| 6/13/2005 6:24:52 PM | OXF3003 | Sales | ($16.75) | 187 | | $2.09 |
| 6/11/2005 1:09:50 PM | AMService | ITS Withdrawal | ($2.00) | ITS0611 | | $18.84 |
| 6/11/2005 12:52:35 PM | AMService | ITS Withdrawal | ($2.00) | ITS0611 | | $20.84 |
| 6/10/2005 7:18:09 AM | OXF8574 | Payroll - IPP | $22.64 | JV0091 | | $22.84 |
| 5/31/2005 10:31:04 PM | AMService | ITS Withdrawal | ($1.00) | ITS0531 | | $0.20 |
| 5/29/2005 10:45:35 PM | AMService | ITS Withdrawal | ($1.00) | ITS0529 | | $1.20 |
| 5/26/2005 9:47:52 PM | AMService | ITS Withdrawal | ($1.00) | ITS0526 | | $2.20 |
| 5/26/2005 6:40:34 PM | AMService | ITS Withdrawal | ($1.00) | ITS0526 | | $3.20 |
| 5/25/2005 8:42:21 PM | AMService | ITS Withdrawal | ($1.00) | ITS0525 | | $4.20 |
| 5/23/2005 6:03:41 PM | OXF3003 | Sales | ($43.55) | 154 | | $5.20 |
| 5/22/2005 11:19:24 PM | AMService | ITS Withdrawal | ($2.00) | ITS0522 | | $48.75 |
| 5/21/2005 11:12:35 PM | AMService | ITS Withdrawal | ($1.00) | ITS0521 | | $50.75 |
| 5/21/2005 3:14:29 PM | AMSERVICE | Western Union | $50.00 | 33316405 | | $51.75 |
| 5/19/2005 5:28:04 PM | AMService | ITS Withdrawal | ($1.00) | ITS0519 | | $1.75 |

1 2 3 4

SCANNED
NOV 17 2005
U.S. DISTRICT COURT ST. PAUL

## All Transactions

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 10073041 | **Current Institution:** | Oxford FCI |
| **Inmate Name:** | COLLINS, BOBBY | **Housing Unit:** | WISC WEST |
| **Report Date:** | 10/24/2005 | **Living Quarters:** | M04-006L |
| **Report Time:** | 10:01:53 AM | | |

| Date/Time | User Id | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|---|
| 10/23/2005 10:39:49 PM | AMService | ITS Withdrawal | ($1.00) | ITS1023 | | $0.28 |
| 10/21/2005 6:54:31 PM | AMService | ITS Withdrawal | ($1.00) | ITS1021 | | $1.28 |
| 10/20/2005 6:33:15 PM | AMService | ITS Withdrawal | ($1.00) | ITS1020 | | $2.28 |
| 10/19/2005 7:36:25 PM | AMService | ITS Withdrawal | ($1.00) | ITS1019 | | $3.28 |
| 10/19/2005 5:41:11 PM | OXF3004 | Sales | ($46.15) | 44 | | $4.28 |
| 10/18/2005 12:07:37 PM | AMSERVICE | Western Union | $50.00 | 33301306 | | $50.43 |
| 10/13/2005 8:50:25 PM | AMService | ITS Withdrawal | ($1.00) | ITS1013 | | $0.43 |
| 10/12/2005 10:57:20 PM | AMService | ITS Withdrawal | ($1.00) | ITS1012 | | $1.43 |
| 10/11/2005 8:34:42 PM | AMService | ITS Withdrawal | ($1.00) | ITS1011 | | $2.43 |
| 10/11/2005 6:48:57 PM | OXF3005 | Sales | ($17.35) | 126 | | $3.43 |
| 10/8/2005 4:46:08 PM | AMService | ITS Withdrawal | ($5.00) | ITS1008 | | $20.78 |
| 10/7/2005 7:03:34 AM | OXF8574 | Payroll - IPP | $25.64 | FJV0005 | | $25.78 |
| 10/6/2005 9:19:37 PM | AMService | ITS Withdrawal | ($1.00) | ITS1006 | | $0.14 |
| 10/4/2005 5:28:01 PM | OXF3005 | Sales | ($24.00) | 31 | | $1.14 |
| 9/28/2005 5:17:52 PM | AMService | ITS Withdrawal | ($5.00) | ITS0928 | | $25.14 |
| 9/27/2005 10:16:46 PM | AMService | ITS Withdrawal | ($3.00) | ITS0927 | | $30.14 |
| 9/24/2005 1:12:51 PM | AMService | ITS Withdrawal | ($5.00) | ITS0924 | | $33.14 |
| 9/21/2005 6:04:46 PM | OXF3005 | Sales | ($202.85) | 140 | | $38.14 |
| 9/19/2005 6:14:10 PM | AMService | ITS Withdrawal | ($5.00) | ITS0919 | | $240.99 |
| 9/17/2005 1:05:17 PM | AMService | ITS Withdrawal | ($5.00) | ITS0917 | | $245.99 |
| 9/16/2005 8:14:00 PM | AMService | ITS Withdrawal | ($1.00) | ITS0916 | | $250.99 |
| 9/16/2005 6:30:41 PM | AMSERVICE | Western Union | $250.00 | 33324905 | | $251.99 |
| 9/14/2005 7:25:34 PM | AMService | ITS Withdrawal | ($1.00) | ITS0914 | | $1.99 |
| 9/12/2005 8:42:03 PM | AMService | ITS Withdrawal | ($1.00) | ITS0912 | | $2.99 |
| 9/12/2005 6:20:52 PM | OXF3004 | Sales | ($1.65) | 187 | | $3.99 |
| 9/12/2005 6:19:29 PM | OXF3004 | Sales | ($19.35) | 185 | | $5.64 |
| 9/10/2005 3:36:18 PM | AMService | ITS Withdrawal | ($2.00) | ITS0910 | | $24.99 |
| 9/9/2005 7:18:42 AM | OXF8574 | Payroll - IPP | $26.32 | JV0124 | | $26.99 |
| 9/7/2005 5:13:35 PM | AMService | ITS Withdrawal | ($1.00) | ITS0907 | | $0.67 |
| 9/2/2005 4:34:09 PM | AMService | ITS Withdrawal | ($1.00) | ITS0902 | | $1.67 |
| 8/31/2005 6:06:43 PM | OXF3074 | Sales | ($1.30) | 97 | | $2.67 |
| 8/28/2005 10:41:13 PM | AMService | ITS Withdrawal | ($1.00) | ITS0828 | | $3.97 |
| 8/28/2005 2:41:31 PM | AMService | ITS Withdrawal | ($2.00) | ITS0828 | | $4.97 |
| 8/23/2005 11:18:15 PM | AMService | ITS Withdrawal | ($2.00) | ITS0823 | | $6.97 |
| 8/22/2005 8:19:51 PM | AMService | ITS Withdrawal | ($1.00) | ITS0822 | | $8.97 |
| 8/22/2005 8:08:29 PM | AMService | ITS Withdrawal | ($2.00) | ITS0822 | | $9.97 |
| 8/22/2005 6:08:39 PM | OXF3005 | Sales | ($4.65) | 143 | | $11.97 |
| 8/22/2005 6:00:54 PM | OXF3005 | Sales | ($4.50) | 133 | | $16.62 |
| 8/22/2005 5:59:17 PM | OXF3005 | Sales | ($73.65) | 132 | | $21.12 |
| 8/19/2005 6:27:36 PM | AMSERVICE | Western Union | $90.00 | 33322905 | | $94.77 |
| 8/18/2005 8:05:59 PM | AMService | ITS Withdrawal | ($1.00) | ITS0818 | | $4.77 |
| 8/16/2005 6:33:56 PM | AMService | ITS Withdrawal | ($2.00) | ITS0816 | | $5.77 |
| 8/16/2005 5:08:50 PM | OXF3005 | Sales | ($43.05) | 83 | | $7.77 |
| 8/15/2005 5:33:26 PM | AMSERVICE | Western Union | $50.00 | 33322505 | | $50.82 |
| 8/13/2005 6:12:09 PM | AMService | ITS Withdrawal | ($1.00) | ITS0813 | | $0.82 |
| 8/12/2005 7:46:35 PM | AMService | ITS Withdrawal | ($1.00) | ITS0812 | | $1.82 |
| 8/12/2005 4:45:12 PM | AMService | ITS Withdrawal | ($2.00) | ITS0812 | | $2.82 |
| 8/11/2005 7:46:35 PM | AMService | ITS Withdrawal | ($2.00) | ITS0811 | | $4.82 |
| 8/11/2005 7:39:54 PM | AMService | ITS Withdrawal | ($1.00) | ITS0811 | | $6.82 |
| 8/11/2005 6:55:37 PM | OXF3074 | Sales | ($62.30) | 179 | | $7.82 |

1 2 3 4