2007 (067

FILED

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

JUL 2 4 2006

William K. Suter
Clerk of the Court
(202) 479-3011

MICHAEL GANS
CLERK OF COURT

July 19, 2006

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

RECEIVED
BY MAIL
JUL 28 2006
CLERK, US DIST. COURT
ST. PAUL, MN

Re: Bobby Marvin Collins
v. United States
No. 06-5333
(Your No. 05-3763)

CR 01-255 RHK/ESS

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on June 4, 2006 and placed on the docket July 19, 2006 as No. 06-5333.

Sincerely,

**William K. Suter**, Clerk

by Melissa Blalock

Melissa Blalock
Case Analyst

RECEIVED
JUL 24 2006
U. S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
JUL 28 2006
U.S. DISTRICT COURT ST. PAUL