210264C

FILED

OCT 1 0 2006

MICHAEL GANS
CLERK OF COURT

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

October 2, 2006

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Bobby Marvin Collins
v. United States
No. 06-5333
(Your No. 05-3763)

CR 01-255 RHK/ESS

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk

RECEIVED

OCT 10 2006

U.S. COURT OF APPEAL
EIGHTH CIRCUIT

SCANNED
OCT 30 2006
U.S. DISTRICT COURT ST. PAUL